IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT ROBINSON**                                               **PETITIONER**

VS.                    CASE NO. 4:15CV00732 SWW/PSH

**YOUNG, Warden,**
**FCI Texarkana**                                                **RESPONDENT**

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered dismissing the case without prejudice.

IT IS SO ORDERED this 29th day of April, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE