**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ROBERT ROBINSON**                                                          **PETITIONER**

**VS.**                           **CASE NO. 4:15CV00732 SWW/PSH**

**YOUNG, Warden,
FCI Texarkana**                                                     **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered

dismissing this petition for writ of habeas corpus without prejudice.  The relief sought is denied.

IT IS SO ORDERED this 29th day of April, 2016.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE